# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139177

PAUL SCHWENDENER, III,
ROBERT SCHWENDENER, and
PAUL SCHWENDENER, JR.,
              Plaintiffs-Appellants,

v

MIDWEST BANK AND TRUST
COMPANY, and MICHAEL S.
SCHWENDENER,
              Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139177
COA: 289303
Leelanau CC: 07-007534-CH

_____

        On order of the Court, the application for leave to appeal the May 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk